**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NBA PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NHL ENTERPRISES, L.P., COLLEGIATE LICENSING COMPANY, LLC, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, for and on behalf of The University of Alabama, and BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, <br><br>        Plaintiffs, <br><br>    v. <br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br>        Defendants. | Case No. 13-cv-7181 <br><br>**Judge Rebecca R. Pallmeyer** <br><br>**Magistrate Judge Susan E. Cox** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs NBA Properties, Inc. ("NBAP"), MLB Advanced Media, L.P. ("MLBAM"), Major League Baseball Properties, Inc. ("MLBP"), NHL Enterprises, L.P. ("NHLE"), Collegiate Licensing Company, LLC ("CLC"), The Board of Trustees of the University of Alabama, for and on behalf of the University of Alabama ("UA Board of Trustees"), and Board of Regents of the University of Oklahoma ("OU Board of Regents"), collectively "Plaintiffs," file this Motion requesting leave to file the following documents under seal: (1) Schedule A attached to the Complaint, which includes a list of the Defendant Domain Names, domain name registration information, and marketplace accounts; and (2) WHOIS information for the Defendant Domain Names and printouts of linked websites and marketplace accounts (Exhibits 1 and 2 to the

Declaration of Lisa Uriguen Armstrong). In this action, Plaintiffs are requesting temporary *ex parte* relief based on an action for trademark counterfeiting and cybersquatting.

Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will move to unseal these documents.

Dated this 7th day of October 2013.         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Kevin W. Guynn
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　kguynn@gbclaw.net
　　　　　　　　　　　　　　　　　　　　aziegler@gbclaw.net
　　　　　　　　　　　　　　　　　　　　jgaudio@gbclaw.net

*Attorneys for Plaintiffs*
*NBA Properties, Inc., MLB Advanced Media, L.P., Major League Baseball Properties, Inc., NHL Enterprises, L.P., Collegiate Licensing Company, LLC, The Board of Trustees of The University of Alabama, for and on behalf of the University of Alabama, and Board of Regents of The University of Oklahoma*