IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NBA Properties, Inc., et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 13 C 7181 |
| | ) |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

Motion hearing held on 10/9/2013. Plaintiffs' *Ex Parte* motion for entry of a (1) Temporary Restraining Order, (2) Domain Name transfer Order, (3) Asset Restraining Order, (4) expedited discovery order, and (5) service of process by mail and electronic publication order [6] granted. Plaintiffs' motion to exceed page limitation [7] granted. Plaintiffs' motion for leave to file under seal [8] granted as follows: Schedule A attached to the Complaint, and WHOIS information for the Defendant domain Names and printouts of linked websites and marketplace accounts (Exhibits 1 and 2 to the Declaration of Lisa Uriguen Armstrong). Plaintiffs shall deposit with the Court Ten Thousand Dollars ($10,000,00) as security. The Temporary Restraining Order shall remain in effect for (14) fourteen days.

Status hearing set for 10/23/2013 at 9:00 AM.

ENTER:

Dated: October 9, 2013

REBECCA R. PALLMEYER
United States District Judge

(T:00:04)